UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
98 DEC -9 PM 12:46

CASE NO.: 98-2518-CIV-T-24A

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

Jury Trial Requested

Plaintiff,

v.

RON MULLER,

Defendant.
_____/

ACTION FOR INFRINGEMENT OF
UNITED STATES PATENT 5,846,291,
INJUNCTIVE RELIEF AND JURY TRIAL REQUESTED

COMES NOW the Plaintiff Undersea Breathing Systems, Inc. ("Plaintiff") and for its complaint against Defendant Ron Muller ("Defendant") states:

Action for Infringement of
United States Patent 5,846,291

1. Plaintiff is a Nevada corporation authorized to do business in the State of Florida and with its principal offices in the State of Florida.

2. Defendant is individual who upon information and belief resides in the Middle District of Florida and conducted the acts alleged in the Middle District of Florida.

3. This is an action by Plaintiff against Defendant for infringement of United States Patent 5,846,291.

ubs-01.cpt

4. Upon information and belief, Defendant makes, uses, offers for sale or has sold products which infringe Plaintiff's patent in this judicial district and division.

5. This Court has jurisdiction over the subject matter and the parties under 28 U.S.C. §1338(a). Venue lies in this judicial district and division under 28 U.S.C. §§1391(c) and 1400(b).

6. On December 8, 1998 the United States Commissioner of Patents and Trademarks duly issued United States Patent 5,846,291 which patent has been assigned to Plaintiff.

7. Defendant's infringing activities are without authorization or license from Plaintiff, and are likely to cause irreparable injury to Plaintiff unless Defendant's infringing activities are preliminarily and then permanently enjoined.

8. Plaintiff has sustained monetary damages from Defendant's infringing activities.

9. Upon information and belief, Defendant's infringing activities have been undertaken without a good faith belief that Plaintiff's patent is invalid or not infringed. Indeed, the patented technology in an unrelated patent lawsuit has been adjudicated to be patentable over claims of invalidity and unenforceability.

WHEREFORE, Plaintiff Undersea Breathing Systems, Inc. respectfully requests that this Court enter such orders and judgments as are necessary to provide the following relief:

ubs-01.cpt

a.  a preliminary and then permanent injunction preventing Defendant's continued infringement of Plaintiff's United States Patent 5,846,291;

b.  an award of compensatory damages under 35 U.S.C. §284 in an amount not less than a reasonable royalty;

c.  an award of exceptional damages under 35 U.S.C. §284;

d.  an award of attorneys' fees and costs under 35 U.S.C. §285; and

e.  such other relief as the Court deems appropriate.

### Request for Jury Trial

Plaintiff requests a trial by jury.

Herbert L. Allen
Florida Bar No. 114126
Brian R. Gilchrist
Florida Bar No. 0774065
Allen, Dyer, Doppelt, Milbrath
    & Gilchrist, P.A.
1401 Citrus Center
255 S. Orange Avenue
Post Office Box 3791
Orlando, Florida 32802
Telephone:  407/841-2330
Telefax  :  407/841-2343

Dated: 12-8-98