UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 98-2518-CIV-T-24A

**UNDERSEA BREATHING SYSTEMS,
INC.**, a Nevada corporation,

    Plaintiff,

v.

**RON MULLER and NITROX TECHNOLOGIES,
INC.**, a corporation,

    Defendants.
_____/

### PLAINTIFF'S ANSWER TO DEFENDANT MULLER'S COUNTERCLAIM

COMES NOW Plaintiff Undersea Breathing Systems, Inc. ("Plaintiff UBS") and for its answer to the counterclaim of Defendant Ron Muller states:

1. Plaintiff UBS is unable to admit or deny the allegations of ¶1 of Defendant Muller's counterclaim, as it incorporates by reference "the allegations contained <u>in ¶1 of Plaintiff's complaint</u>"; to the extent that the allegations of ¶1 of Defendant Muller's counterclaims assert any fact or matter of law, such fact or matter of law is denied by Plaintiff UBS.

2. Plaintiff admits that this Court has jurisdiction over the subject matter of Defendant Muller's counterclaim.

30

3. Plaintiff UBS admits that venue lies in this judicial district and division as to Defendant Muller's counterclaim.

4. Plaintiff UBS denies the allegations of ¶4 of Defendant Muller's counterclaim.

5. Plaintiff UBS denies the allegations of ¶5 of Defendant Muller's counterclaim.

6. Plaintiff UBS denies the allegations of ¶6 of Defendant Muller's counterclaims.

7. Plaintiff UBS denies the allegations of ¶7 of Defendant Muller's counterclaim, including each and every allegation set forth in ¶¶1, 2 and 3 of Defendant Muller's affirmative defenses.

Respectfully submitted,

*/s/ Herbert L. Allen*

Herbert L. Allen
Florida Bar No. 114126
Allen, Dyer, Doppelt, Milbrath
 & Gilchrist
255 S. Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, Florida 32802
407/841-2330 - Telephone
407/841-2343 - Facsimile
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and exact copy of the foregoing **PLAINTIFF'S ANSWER TO DEFENDANT MULLER'S COUNTERCLAIM** has been forwarded by First Class Mail to **H. William Larson, Esquire**, Larson & Larson, P.A., 11199 - 69th Street North, Largo, Florida 33773; **C. Douglas McDonald, Jr.**, Esq., Carlton, Fields, 777 S. Harbor Island Blvd., Tampa, FL 33602-5701 on this 22nd day of February, 1999.