

FILED

00 FEB 15 PH 1: 19

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNDERSEA BREATHING SYSTEMS, INC.
a Nevada corporation,

      Plaintiff,

vs.                                       **Case No: 8:98-cv-2518-T-24A**

NITROX TECHNOLOGIES, INC.,
a corporation,

      Defendant.

_____

NITROX TECHNOLOGIES, INC.,

      Plaintiff,

vs.                                         **Case No: 8:99-cv-317-T-24A**

UNDERSEA BREATHING SYSTEMS, INC.,
a corporation, and
WILLIAM H. DELP, II,

      Defendants.

_____/

## O R D E R

Before the court is the **Motion and Memorandum for Judgment on the Pleadings or, Alternatively to Strike Portions of NTI's Fourth Counterclaim** (Dkt. 106, filed January 28, 2000), filed by Undersea Breathing Systems, Inc. ("UBS") and William H. Delp ("Delp").

The dispositive motions deadline in this case was January 19, 2000. Dkt. 90, filed December 22, 1999. UBS's and Delp's motion was filed after that deadline, on January 28, 2000. UBS and Delp did not request leave of court to file their motion out of time, and they make no showing of excusable neglect for their failure to comply with the deadline. See Rule 6, Fed. R. Civ. P.

