UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

0 FEB 29 PM 3: 43

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

   Plaintiff,

v.           CASE NO.: 98-2518-CIV-T-24A

RON MULLER and NITROX TECHNOLOGIES,
INC., a corporation,

   Defendants.
_____/

## JOINT MOTION FOR ENTRY OF CONSENT TO FINAL JUDGMENT

COMES NOW, Undersea Breathing Systems, Inc. and William Delp, by and through their undersigned attorneys and Nitrox Technologies, Inc., by and through its undersigned attorneys and jointly move this Court for entry of a consent of final judgment and show this Court as follows:

1. The parties have reached a resolution of all disputes pending in this action. As part of the parties' Settlement Agreement, the parties have stipulated and agreed to jointly move for entry of a consent of final judgment, a copy of which is attached hereto as Exhibit "A".

2. In accordance with the parties' Settlement Agreement, the parties move this Court to enter the Consent for Final Judgment, finding the patents in dispute valid and enforceable.



RESPECTFULLY SUBMITTED this __29__ day of February, 200_.

*(signature)*
Brian R. Gilchrist, Esq.
Florida Bar No. 774065
Allen, Dyer, Doppelt, Milbrath
 & Gilchrist, P.A.
255 South Orange Avenue, Ste. 1401
P.O. Box 3791
Orlando, FL 32802-3791
Telephone (407) 841-2330
Telecopier (407) 841-2343

*(signature)*
C. Douglas McDonald, Jr., Esq.
Florida Bar No. 296538
Carlton, Fields, Ward, Emmanuel,
 Smith & Cutler, P.A.
One Harbor Place
P.O. Box 3239
Tampa, FL 33601
Telephone (813) 223-7000
Telecopier (813) 229-4133

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

    Plaintiff,

v.                              CASE NO.: 98-2518-CIV-T-24A

RON MULLER and NITROX TECHNOLOGIES,
INC., a corporation,

    Defendants.
_____/

## CONSENT FINAL JUDGMENT

THIS CAUSE came onto be heard by this Court on the parties' Joint Motion for Entry of a Consent to Final Judgment, and the Court after reviewing the Court file, the parties' Joint Motion, and otherwise being fully advised in the premises enters this Final Judgment by consent:

1. United States Patent No. 5,846,291 is hereby declared to be valid and enforceable.

2. United States Patent No. 5,858,064 is hereby declared to be valid and enforceable.

3. United States Patent No. 5,865,877 is hereby declared to be valid and enforceable.

4. All other claims in this lawsuit are hereby dismissed with prejudice in accordance with the parties' Settlement Agreement and subject to the restrictions therein.

5. Each party shall bear their own attorney's fees and costs incurred in this action.

DONE AND ORDERED in chambers this _____ day of _____, 2000.

                                          Honorable Susan C. Bucklew
                                          United States District Judge

EXHIBIT A

Copies to:

**Brian R. Gilchrist, Esq.**
Counsel for Plaintiffs
**C. Douglas McDonald, Jr., Esq.**
Counsel for Defendant NTI
**Defendant Ron Muller**