UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

    Plaintiff,

v.                                      CASE NO.: 98-2518-CIV-T-24A

RON MULLER and NITROX TECHNOLOGIES,
INC., a corporation,

    Defendants.
_____/

## CONSENT FINAL JUDGMENT

THIS CAUSE came onto be heard by this Court on the parties' Joint Motion for Entry of a Consent to Final Judgment, and the Court after reviewing the Court file, the parties' Joint Motion, and otherwise being fully advised in the premises enters this Final Judgment by consent:

1. United States Patent No. 5,846,291 is hereby declared to be valid and enforceable.
2. United States Patent No. 5,858,064 is hereby declared to be valid and enforceable.
3. United States Patent No. 5,865,877 is hereby declared to be valid and enforceable.
4. All other claims in this lawsuit are hereby dismissed with prejudice in accordance with the parties' Settlement Agreement and subject to the restrictions therein.
5. Each party shall bear their own attorney's fees and costs incurred in this action.

DONE AND ORDERED in chambers this 3RD day of March, 2000.

                                                Honorable Susan C. Bucklew
                                                United States District Judge

EXHIBIT A

Copies to:

**Brian R. Gilchrist, Esq.**
Counsel for Plaintiffs
**C. Douglas McDonald, Jr., Esq.**
Counsel for Defendant NTI
**Defendant Ron Muller**